UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                                   **CIVIL NO. 1:09cv702LG-RHW**

**$8,248.00 IN UNITED STATES CURRENCY**

### FINAL JUDGMENT OF FORFEITURE

The United States of America, by and through its United States Attorney for the Southern District of Mississippi (hereinafter referred to as "Government"), filed a Complaint for Forfeiture *in rem* in this matter on October 2, 2009;

Eight Thousand, Two Hundred Forty-Eight Dollars ($8,248.00) was seized by the Federal Bureau of Investigation on or about July 15, 2009, from Claimant, Gerald Germaine Patterson, pursuant to Title 21, United States Code, Section 881;

The Government and Claimant, Gerald Germaine Patterson, by and through Claimant's attorney, Ian A. Brendel, have reached a settlement of this forfeiture action;

An Consent Decree of Forfeiture was entered in this matter on June 1, 2011 (Ct. Doc. 38) between the Government and the Claimant;

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED;

Claimant will withdraw his claim to the seized asset;

The amount of Six Thousand, Two Hundred Forty-Eight Dollars ($6,248.00) will be forfeited to the Government pursuant to Title 21, United States Code, Sections 881(a)(6) and 881(h);

The Federal Bureau of Investigations or the United States Marshal will release to "Gerald Patterson and Ian Brendel - Gerald Patterson's Attorney" the remaining Two Thousand Dollars ($2,000.00);.

Claimant waives any claim to attorney's fees, interests or any other relief not specifically provided for in the Consent Decree of Forfeiture filed in this matter;

The Consent Decree of Forfeiture does hereby establish, acknowledge, or validate any claims of ownership over the seized assets by any party at the time of its seizure.  Claimant represented in the Consent Decree of Forfeiture that he knew of no other parties with a valid claim to the seized asset;

IT IS HEREBY ORDERED AND ADJUDGED that a full and complete settlement of all pending claims and issues have been made a part of the official record in this case.

**SO ORDERED AND ADJUDGED** this the 7th day of June, 2011.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge